**No. 43121.**—Protest 942969–G of S. S. Kresge Co. (New York).

· Opinion by Tilson, J. It was stipulated that the merchandise consists of Santa Claus on sled similar to that the subject of Abstract 25921. The claim at 33⅓ percent under paragraph 412 was therefore sustained.